UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUZ B. KENDALL              :
                            :      PRISONER
V.                          :      Case No. 3:05-cv-45(RNC)
                            :
KUMA DEBOO,                 :
KATHLEEN HAWK-SAWYER        :

RULING AND ORDER

Petitioner, an inmate at the Federal Correctional Institution in Danbury, brings this action pursuant to 28 U.S.C. § 2241 challenging the calculation of her good time credit. The Bureau of Prisons interprets the governing statute, 18 U.S.C. § 3624(b)(1), to mean that an inmate may earn 54 days of good time credit toward service of her sentence for each year she actually serves. See 28 C.F.R. § 523.20(a). Petitioner claims that the statute entitles her to good time credit for each year of her original sentence rather than for each year she has actually served. The Second Circuit addressed this issue shortly after petitioner filed this action. In Sash v. Zenk, 428 F.3d 132 (2d Cir. 2005), the Court joined the majority of other circuits in holding that the BOP's interpretation of § 3624(b)(1) is reasonable and entitled to deference under Chevron, U.S.A., Inc. v. Natural Res. Def. Council, 467 U.S. 837 (1984). The decision of the Second Circuit requires that the petition be dismissed.

Accordingly, the amended petition for writ of habeas corpus is hereby denied.  The Clerk is directed to enter judgment and close the case.

So ordered at Hartford, Connecticut this 25th day of February 2007.

```
            /s/
      Robert N. Chatigny
   United States District Judge
```